Name **LEROY COLLINS**
H.D.S.P
P.O. BOX 650
INDIAN SPRINGS, NV
89070

Prison Number **13022**

___FILED  ___RECEIVED
___ENTERED  ___SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**LEROY COLLINS**,
　　　　　Plaintiff,

vs.

**PATRICK HENDRIX et al**,

**ROMEO ARANAS**,

**DWIGHT NEVENS**,

**GREG COX**,

_____,
　　　　　Defendant(s).

CASE NO. 2:15-CV-0196-JCM-CWH
(To be supplied by the Clerk)

"FIRST AMENDED"
CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

JURY TRIAL DEMANDED

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **LEROY COLLINS**,
(Print Plaintiff's name)

who presently resides at **HIGH DESERT STATE PRISON**, were

violated by the actions of the below named individuals which were directed against

Plaintiff at **HDSP INDIAN SPRINGS, NV 89070** on the following dates
(institution/city where violation occurred)

**12-1-14**, **12-1-14**, and _____.
　(Count I)　　　(Count II)　　　(Count III)

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant **PATRICK HENDRIX** resides at **UNKNOWN**,
  (full name of first defendant) (address if first defendant)
and is employed as **Maintenance Man**. This defendant is sued in his/her
  (defendant's position and title, if any)
  ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant is employed by the State of Nevada ex rel Nevada Department of Corrections**

3) Defendant **DWIGHT NEVENS** resides at **UNKNOWN**,
  (full name of first defendant) (address if first defendant)
and is employed as **Warden at H.D.S.P**. This defendant is sued in his/her
  (defendant's position and title, if any)
  ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant is employed by the State of Nevada ex rel Nevada Department of Corrections**

4) Defendant **ROMERO ARANAS** resides at **UNKNOWN**,
  (full name of first defendant) (address if first defendant)
and is employed as **Medical Director**. This defendant is sued in his/her
  (defendant's position and title, if any)
  ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant is employed by the State of Nevada ex rel Nevada Department of Corrections**

5) Defendant **GREG COX** resides at **UNKNOWN**,
  (full name of first defendant) (address if first defendant)
and is employed as **Director of N.D.O.C**. This defendant is sued in his/her
  (defendant's position and title, if any)
  ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: **Defendant is employed by the State of Nevada ex rel Nevada Department of Corrections**

2

6) Defendant _____ resides at _____,
         (full name of first defendant)                                    (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
              (defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _____
_____


7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

_____
_____

-------------------------------------

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

(1) LEROY COLLINS hereinafter "Plaintiff" while being housed at High Desert State Prison "H.D.S.P" on 12-1-14 at or around 1:08 pm while walking inside the main entrance area of Unit 9-12 'Dogrun' was suddenly struck by "a half ton electric motor vehicle cart" by Defendant Patrick Hendrix as he speeded through the dog run, laughed at the incident and kept going. Plaintiff was sent into a wire gate (2) Due to the fact that Plaintiff was hit by the motor vehicle cart his physical health has degenerated, his knee became swollen, after X-Rays were taken shows the force of the impact caused an extreme form of arthritis, his retina is detached along with neck and back injuries Defendants Romero Aranas, Dwight Nevens and Greg Cox fail to treat his medical needs that Plaintiff in pain now suffers from Plaintiff reserves the right to amend this complaint as new evidence becomes available,

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: <u>EIGHTH AMENDMENT RIGHT TO PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT AND FOURTEENTH AMENDMENT DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY.</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff incorporates and realleges paragraphs 1-2 in the Nature of the case as specifically alleged herein.

(3) Plaintiff was denied and deprived of his Eighth Amendment right against cruel and unusual punishment clause and Fourteenth Amendment right Deliberate Indifference To his Health and Safety by Defendants Patrick Hendrix and Dwight Nevens when Defendant Hendrix speeded through the main entrance of units 9-12 "DOG RUN" when several inmates were returning to their specific work assignment and crashed into their rear left backside of Plaintiff's body that violently hurled or spun him into an adjoining gate, with a half ton electric motor vehicle cart without stopping, laughing as he speeded away, with the purpose and intent to cause unnecessary wanton infliction of pain.

(4) Defendant Nevens knew of the Risks and Dangers that could have occurred of inmates being possibly hit by these electrical motor carts by N.D.O.C staff due to the fact that H.D.S.P Inmates filed grievances and on many occasions verbally informed Defendant Nevens

of those dangers because of several N.D.O.C staff driving reckless through the 9-12 "Dog Run", which nearly ran over numerous inmates.

(5) Defendant Hendrix and Neven knew that the Unit 9-12 dog run is limited to size and a electrical cart due to its size must slow its speed when traveling when inmates are traveling the same path. Even in society when pedestrians and vehicles are crossing paths, the pedestrian always have the right of way. Furthermore because Defendant Neven knew of the risks he failed to take the necessary steps to abate it.

(6) The electric cart was traveling at a speed of more than six miles an hour when it struck the Plaintiff Defendant Hendrix had the intent to cause unnecessary wanton infliction of pain when he speeded through the "Dog Run" and struck Plaintiff. (1) he did not utilize the electric cart horn to warn inmates that he was in the "Dog Run", (2) after he struck Plaintiff which hurled him into the gate, he did not stop but increased his speed and laughed as he fled.

(7) Due to the cart crashing into Plaintiff which has caused numerous physical injuries. Plaintiff's physical health is now degenerating. He suffers from back pain, neck pain, bruised knee, a detached retina and other internal damages due to the reckless disregard of Defendant Hendrix.

(8) Defendant Hendrix and Nevens knew of the potential dangers of H.D.S.P staff of speeding through the 9-12 "Dog Run" due to the fact that Defendant Nevens was forewarned by Grievances and was informed verbally by numerous inmates Defendant Hendrix knew that his actions of speeding through the "Dog Run" then striking Plaintiff with a vehicle laughing and continued to speed away, was a blatant, chill and violation of Plaintiff's Eighth and Fourteenth Amendment Rights as guaranteed by the U.S. constitution.

WHEREFORE Plaintiff prays for judgment as is more fully enumerated.

# COUNT II

The following civil rights has been violated: <u>EIGHTH AMENDMENT</u>
<u>DELIBERATE INDIFFERENCE: DELIBERATE INDIFFERENCE</u>
<u>TO MEDICAL NEED</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

PLAINTIFF INCORPORATES AND REALLEGES HERE PARAGRAPHS 1-2 OF THE NATURE OF THE CASE AS SPECIFICALLY ALLEGED HEREIN.

(8) Plaintiff was denied and deprived of his Eighth Amendment right to deliberate indifference to his medical needs by Defendants Romero Aranas, Dwight Neven and Greg Cox when they denied Plaintiff medical treatment he sought after being ran over by a half ton electrical vehicle cart, which caused injuries to Plaintiff's knee which became excessively swollen, including damages of arthiritis to his neck and back which keeps Plaintiff in constant pain making it hard for him to walk. the force of the vehicles impact also detached the retina from his eye.

(9) Defendants Nevens, Cox and Aranas enforces, promotes and promulgate a policy that denies inmates with serious injuries from receiving medical care. After the Plaintiff was hit by the electrical cart, he received IBUPROFENS and Pills for his knee.

(10) Plaintiff also requested medical attention for his neck and back. Defendants Neven, ARANAS stated

5

COUNT II CONTINUED...

in several kites on 1-8-15, 1-25-15, 2-16-15, 3-9-15, 3-25-15 and numerous of other kites with different dates "that he would be seen by a provider." However to this current date, Plaintiff has not been seen by any specialist to treat the injuries to his neck and back. ALSO GRIEVANCE #20062998836

(11) Plaintiff has not been provided any medical treatment for his neck and back injuries. Defendants know of the severity of this injury and what type of pain it causes. Defendants also know that if these injuries are not treated the condition of the arthritis will worsen causing paralysis.

(12) Defendants Aranas, Nevens and Cox knew that the immediate injuries that Plaintiff have sustained from the incident of the vehicle hitting Plaintiff in the back has caused Plaintiff pain and injury, which Defendants Aranas, Nevens and Cox are failing to provide any medical treatment, including the alleviation of pain and diagnosing any internal damage that he has sustained was a chill, infringement and blatant violation of Plaintiff's constitutional rights under the Eighth Amendment under the U.S. constitution.

WHEREFORE Plaintiff prays for judgment as is more fully enumerated

D. Plaintiff has not filed other actions in state or federal court involving the same or similar action.

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?):
   _____
d) Issues raised: _____
   _____
   _____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes  √ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.
b) Name of court and case number: _____.
c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
   _____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.
b) Name of court and case number: _____.

7

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____

b)  Name of court and case number: _____

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? __✓__ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.
If your answer is "Yes", provide the following information. Grievance Number 20062991828
Date and institution where grievance was filed 12-4-14-HDSP.

Response to grievance: Denied _____

_____

_____

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

(1) That this court maintain jurisdiction of this case,
(2) Punitive damages of 100,000.00 against each Defendant
(3) Compensatory damages of 1.2 million.
(4) General and compensatory damages of $10,000.00
(5) All medical cost and treatment now and future complications be charged to the N.D.O.C.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

TARZ Mitchell (#63139)
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

LeRoy Collins
(Signature of Plaintiff)

8-29-15
(Date)

(Additional space if needed; identify what is being continued)

9

LeRoy Collins #13022
H-D-S-P-
P.O. Box 650
Indian Springs, NV.
89070

"Legal Mail"

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So., RM 1334
Las Vegas, NV. 89101

