Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Leroy Collins*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| LEROY COLLINS,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK HENDRIX, et al.,<br><br>          Defendants. | Case No.: 2:15-cv-1696-JCM-CWH<br><br>**APPLICATION FOR LEAVE TO APPEAR FOR THE LIMITED PURPOSE TO PARTICIPATE IN SETTLEMENT DISCUSSIONS** |

  Travis N. Barrick, Esq., of the law firm GALLIAN WELKER & BECKSTROM, LC, hereby submits his Application for Leave to Appear for the Limited Purpose to Participate in settlement discussions on behalf of the plaintiff, Mr. Collins.

  Presently, Mr. Collins is appearing in pro per status and Mr. Barrick is not his counsel of record in the instant matter.

  Mr. Collins has communicated with Mr. Barrick regarding the nature of the pending claims in this matter and his belief that Mr. Barrick's involvement will be of assistance in resolving the matter in the settlement discussions.

  Mr. Barrick has reviewed the pleadings and papers on file in this case and is prepared to participate in settlement discussions during the current 90-day stay, and through the Early Inmate Mediation Program.

  Mr. Barrick notes that the Defendants will be represented by counsel and, in all

fairness, Mr. Collins would likely benefit by Mr. Barrick's limited appearance.

Mr. Barrick requests the Court's leave to appear on behalf of Mr. Collins for settlement discussions only and, in the event that settlement is not obtained by the end of the 90-day stay or the close of the Early Inmate Mediation Program, Mr. Barrick will file either a Notice of Appearance or a Notice of Withdrawal within 30 days.

DATED this 26th day of October, 2016.

By: ___/s/ Travis N. Barrick____
Travis N. Barrick, # 9257
GALLIAN WELKER
 & BECKSTROM, LC

## **ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that

Mr. Barrick is granted leave to participate for the limited purpose of settlement discussions only. In the event that settlement is not obtained by the close of the 90- stay or the Early Inmate Mediation Program, Mr. Barrick will file either a Notice of Appearance or a Notice of Withdrawal within 30 days.

IT IS SO ORDERED.

DATED: November 8, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document was made on the 26th day of October, 2016, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| | |
|---|---|
| Adam P. Laxalt, Esq.<br>Office of the Attorney General<br>Bureau of Litigation<br>Public Safety Division<br>555 E. Washington Avenue, #3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* | By: /s/ Travis N. Barrick<br>An employee of Gallian Welker<br>& Beckstrom, LC |