**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEROY COLLINS, | Case No. 2:15-cv-01696-JCM-CWH |
| Plaintiff, | |
| v. | |
| PATRICK HENDRICKS, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is pro se Plaintiff Leroy Collins' motion (ECF No. 26) to release information under seal for service by the Marshal, filed on January 30, 2017. Plaintiff is proceeding *in forma pauperis*, pursuant to this Court's order (ECF No. 18).

Plaintiff requests the Court to release the last known address of Defendant Patrick Hendricks to the Marshal for service. On January 4, 2017, the Office of Nevada Attorney General accepted service on behalf of all named Defendants (ECF No. 21) except for Patrick Hendricks, who is no longer an employee of the Nevada Department of Corrections and is not represented by the Attorney General. Defendants provided Hendricks' last known address to the Court under seal (ECF No. 22).

//
//
//
//
//
//
//
//
//
//

1

IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 26) is GRANTED. The Clerk shall send a copy of form USM-285 and a copy of this order to Plaintiff. Plaintiff must complete the required portions of form USM-285 and return it to the Court no later than March 7, 2017.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285, the Clerk shall issue a summons for Defendant Patrick Hendricks, using the last known address provided in ECF No. 22, and deliver a copy of this order, the USM-285 form, the summons, and a copy of the second amended complaint (ECF No. 19) to the Marshal for service.

IT IS FURTHER ORDERED that the summons and any other documents containing Patrick Hendricks' address shall remain sealed by the Court.

DATED: February 6, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge