**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEROY COLLINS,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PATRICK HENDRIX, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-CV-1696 JCM (CWH)<br><br>ORDER |

　　　Presently before the court is *pro se* plaintiff Leroy Collins' motion for reconsideration of the court's screening order (ECF No. 2) regarding plaintiff's complaint (ECF No. 3). (ECF No. 20). Defendnats Romero Aranas, Greg Cox, and Dwight Nevens filed a response (ECF No. 24), to which plaintiff replied (ECF No. 27).

　　　After the court screened the initial complaint, plaintiff filed an amended complaint with the court's leave. (ECF Nos. 2, 4). The court then screened plaintiff's amended complaint and entered another screening order, which is the operative screening order. (ECF No. 5).

　　　Because plaintiff seeks reconsideration of the non-operative screening order, the instant motion is moot.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 20) be, and the same hereby is, DENIED as moot.

　　　DATED March 20, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE