UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEROY COLLINS, | Case No. 2:15-cv-1696-JCM-CWH |
| Plaintiff, | |
| v. | |
| PATRICK HENDRIX, | **ORDER** |
| Defendant. | |

The Court is in receipt of Plaintiff's USM-285 form, filed pursuant to this Court's order on February 7, 2017 (ECF No. 29). Upon review, the USM-285 form has been completed, and must now be served by the Marshal using the last known address of Defendant Patrick Hendricks, as provided by counsel under seal (ECF No. 22).

IT IS THEREFORE ORDERED that the Clerk shall issue a summons for Defendant Patrick Hendricks, using the last known address provided in ECF No. 22, and deliver a copy of the Court's previous order for service (ECF No. 29), the completed USM-285 form, the summons, and a copy of the second amended complaint (ECF No. 19) to the Marshal for service.

IT IS FURTHER ORDERED that the summons and any other documents containing Patrick Hendricks' address shall remained SEALED by the Court.

DATED: March 15, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1