# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY COLLINS, | Case No. 2:15-cv-01696-JCM-CWH |
| Plaintiff, | |
| v. | |
| PATRICK HENDRIX, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiff's proposed plan for service by publication (ECF No. 42), filed on May 10, 2017. Pursuant to this Court's order (ECF No. 40), Plaintiff has provided the Court a proposed plan for service of Defendant Patrick Hendricks by publication.

Plaintiff proposes to effect service by publication through an announcement in the Las Vegas Review Journal, for a period of 30 days ending no later than June 24, 2017. Plaintiff further proposes to attempt to provide service at Patrick Hendrick's place of employment. The Court approves this plan, with the understanding that Plaintiff is responsible for meeting all requirements for service set forth by Nevada Rule of Civil Procedure 4(e)(1). The Court specifically notes that the announcement must be made at least four times, and at least once per week during the publication period.

Pursuant to NRCP 4(e)(1)(iii), the Court will also direct the Clerk to mail a copy of the complaint and summons to Patrick Hendrick's last known address of residence, as provided under seal by the attorney general (ECF No. 22).

//
//
//
//
//

1

IT IS THEREFORE ORDERED that Plaintiff's plan for service by summons is approved. Plaintiff must notify the Court of his efforts to provide service by publication no later than July 10, 2017, with documentation to show that service has been completed in accordance with NRCP 4(e)(1).

IT IS FURTHER ORDERED that the Clerk shall mail a copy of the complaint and summons to Patrick Hendricks, at the address provided in ECF No. 22.

DATED: May 18, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge