# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LEROY COLLINS,                                )      Case No. 2:15-cv-01696-JCM-CWH
)
        Plaintiff,                          )
)
        v.                                  )
)
PATRICK HENDRIX, et al,                       )      **ORDER**
)
        Defendants.                         )
)
_____ )

       Presently before the Court is pro se Plaintiff Leroy Collins' letter (ECF No. 45), filed on June 12, 2017. Plaintiff requests that the Court issue his proposed summons (ECF No. 44) so that he may proceed with his attempts to serve Defendant Patrick Hendricks. Given Plaintiff's pro se status, the Court will construe the letter as a motion.

       Plaintiff was previously given leave of the Court to serve Defendant Patrick Hendricks by publication (ECF No. 43). Plaintiff now represents that the publishers of the Las Vegas Review Journal are requesting an "original summons," before they will accept Plaintiff's proposed legal notice. The Court will therefore order the Clerk to issue Plaintiff's proposed summons (ECF No. 44). The Court will also extend the period to serve Defendant Patrick Hendricks by publication.

       IT IS THEREFORE ORDERED that the Clerk shall issue Plaintiff's proposed summons (ECF No. 44).

       IT IS FURTHER ORDERED that the deadline for Plaintiff serve Defendant Patrick Hendricks and to provide notice to the Court that service by publication has been effected in accordance with Nevada Rule of Civil Procedure 4(e)(1) is July 31, 2017.

       DATED: June 20, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1