# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEROY COLLINS,

    Plaintiff,

v.

PATRICK HENDRIX, et al,

    Defendants.

Case No. 2:15-cv-01696-JCM-CWH

**ORDER**

Presently before the Court is pro se Plaintiff Leroy Collins' motion for clarification (ECF No. 48), filed on June 23, 2017. Plaintiff inquires as to whether or not the requirements to serve Defendant Patrick Hendricks have been satisfied.

On March 22, 2017, a sealed summons (ECF No. 38) was issued to Defendant Patrick Hendricks. This summons was delivered to the U.S. Marshal, who were unable to execute the summons (ECF No. 39). Defendant was not served. Plaintiff was then given leave of the Court to serve Defendant Patrick Hendricks by publication (ECF No. 43). The Court issued Plaintiff's proposed summons (ECF No. 47) for Plaintiff to use in his attempts to provide service by publication. To date, it does not appear that Defendant Patrick Hendricks has been served.

On June 20, 2017, the Court extended its deadline (ECF No. 48) for Plaintiff to serve Defendant Patrick Hendricks, and to provide notice to the Court that service by publication has been accomplished in accordance with Nevada Rules of Civil Procedure 4(e)(1), to July 31, 2017.

IT IS THEREFORE ORDERED that Plaintiff's motion for clarification is GRANTED. This order serves as the clarification.

DATED: June 28, 2017.

    _____
    C.W. Hoffman, Jr.
    United States Magistrate Judge

1