# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEROY COLLINS, | ) | Case No. 2:15-cv-01696--CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK HENDRIX, et al, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Presently before the Court is Plaintiff's motion for an extension of the deadline to serve Defendant Patrick Hendricks by publication (ECF No. 50), filed on July 28, 2017. Plaintiff has paid for and begun the process of service by publication, but the newspaper has not yet completed the required course of public notices. Plaintiff seeks an extension until August 21, 2017. It appears Plaintiff has made diligent efforts to complete service, so the Court will grant the motion.

IT IS THEREFORE ORDERED that Plaintiff's motion for an extension (ECF No. 50) is GRANTED. The deadline to complete service by publication of Defendant Patrick Hendricks and to provide proof to the Court that service has been completed in accordance with Nevada Rule of Civil Procedure 4(e) is August 21, 2017.

DATED: August 1, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1