# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEROY COLLINS,

    Plaintiff,

v.

PATRICK HENDRIX, et al.,

    Defendant.

Case No. 2:15-cv-01696--CWH

**ORDER**

Presently before the Court is Defendant's motion to extend time for discovery (ECF No. 54), filed on November 20, 2017. Plaintiff filed a response (ECF No. 62), combined with a motion to strike (ECF No. 63) on November 30, 2017. Defendant filed a reply (ECF No. 64) on December 7, 2017.

Defendant moves to extend the remaining discovery deadline by sixty days and to extend the deadline to respond to Plaintiff's initial discovery requests by thirty days, citing delays related to recent staffing vacancies and the holiday season. The Court finds good cause for such an extension, given the current stage of litigation and the relatively modest length of the extension. Plaintiff opposes the extension, but does not provide an argument to rebut the good cause, nor does he suggest that he would be prejudiced by the delay. Plaintiff instead argues that Defendant is not the proper legal representative of Defendant Patrick Hendrix. Plaintiff's motion to strike is based on the same argument. This argument is not relevant to Defendant's motion to extend discovery and will not be considered at this time.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that Defendant's motion to extend time for discovery (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion to strike (ECF No. 63) is DENIED.

IT IS FURTHER ORDERED that discovery in this matter shall be extended as follows:

Discovery Deadline: Feb. 9, 2018

Motions To Extend Discovery Deadline: Jan. 19, 2018

Discovery Motions Deadline: Feb. 23, 2018

Dispositive Motions Deadline: Mar. 12, 2018

DATED: December 14, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge