# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY COLLINS, | Case No. 2:15-cv-01696-JCM-CWH |
| Plaintiff, | |
| v. | |
| PATRICK HENDRIX, et al., | **ORDER** |
| Defendants. | |

Presently before the Court are Defendants' motion to extend time to respond to Plaintiff's request for admissions (ECF No. 70), filed on January 23, 2018, and Defendants' motion for leave to file response to Plaintiff's motion for sanctions (ECF No. 72), filed on February 2, 2018. No response has been filed to either motion.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." As no response has been filed to either motion, the Court will grant both.

IT IS THEREFORE ORDERED that Defendants' motion to extend time to respond to Plaintiff's request for admissions (ECF No. 70) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion for leave to file response to Plaintiff's motion for sanctions (ECF No. 72) is GRANTED.

DATED: February 28, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1