# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEROY COLLINS, | Case No. 2:15-cv-01696-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| PATRICK HENDRIX, et al., | |
| Defendants. | |

Presently before the court is defendants Romeo Aranas, James G. Cox, Patrick Hendricks, and Dwight Neven's Motion to Extend the Dispositive Motions Deadline (ECF No. 81), filed on July 10, 2018. Plaintiff Leroy Collins did not file a response.

Defendants move the court for a thirty (30) day extension of the dispositive motions deadline. Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to granting of the motion." Given that plaintiff did not respond to the motion, the court will grant the motion.

IT IS THEREFORE ORDERED that defendants' Motion to Extend the Dispositive Motions Deadline (ECF No. 81) is GRANTED.

IT IS FURTHER ORDERED that dispositive motions are due August 11, 2018.

DATED: August 8, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE