UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEROY COLLINS,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>PATRICK HENDRIX, et al.,<br><br>                              Defendant(s). | Case No. 2:15-CV-1696 JCM (CWH)<br><br>ORDER |

Presently before the court is defendants Romeo Aranas, James Cox, Patrick Hendricks, and Dwight Neven's (collectively "defendants") motion to extend time to file reply. (ECF No. 96).

On August 9, 2018, defendants filed a motion for summary judgment. (ECF No. 84). On September 7, 2018, plaintiff Leroy Collins filed a response. (ECF No. 90). On September 11, 2018, defendants filed a motion to strike plaintiff's response for being nearly twice the maximum length permitted under Local Rule 7-3(c). (ECF No. 91). The deadline for plaintiff to file a response to defendants' motion to strike has not passed.

Now, defendants request the court to extend the deadline to file a reply to fourteen (14) days after the court's ruling on defendants' motion to strike (ECF No. 91). (ECF No. 96). Because the court's ruling will determine whether defendants may need to file a reply, the court will grant defendants' motion to extend.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that Defendants' motion to extend time (ECF No. 96) be, and the same hereby is, GRANTED.

DATED September 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**