UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEROY COLLINS, | Case No. 2:15-CV-1696 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| PATRICK HENDRIX, et al., | |
| Defendant(s). | |

Presently before the court is defendants Romeo Aranas, Greg Cox, Patrick Hendricks, and Dwight Nevens' (collectively "defendants") motion to strike plaintiff Leroy Collins response (ECF No. 90) to defendants' motion for summary judgment (ECF No. 84). (ECF No. 91). Plaintiff Leroy Collins filed a response (ECF No. 95), to which defendants replied (ECF No. 98).

Also before the court is defendants' motion to strike plaintiff's motion for summary judgment (ECF No. 92). (ECF No. 94). Plaintiff filed a response (ECF No. 99), to which defendants replied (ECF No. 102).

Also before the court is plaintiff's motion to extend time to file a re-drafted motion for summary judgment and a re-drafted response to defendants' motion for summary judgment. (ECF No. 100).

Also before the court is defendants' motion to extend time to file a response to plaintiff's motion for summary judgment. (ECF No. 101).

Also before the court is plaintiff's motion for summary judgment. (ECF No. 92). Defendants have not filed a response because the court has extended defendants' filing deadline to fourteen (14) days after the date of this order. (ECF No. 94).

**James C. Mahan**
**U.S. District Judge**

Under Local Rule 7-3, "motions for summary judgment and responses to motions for summary judgment are limited to 30 pages." LR 7-3. Plaintiff's response (ECF No. 90) is fifty-four (54) pages and plaintiff's motion for summary judgment (ECF No. 92) is thirty-four (34) pages. Because both documents exceed the page limit, the court will grant defendants' motions to strike. Accordingly, the court will also deny as moot defendants' motion to extend time (ECF No. 101) to file a response to plaintiff's motion for summary judgment.

As plaintiff proceeds *pro se* and *in forma pauperis*, the court will exercise leniency and grant plaintiff's request for an additional thirty (30) days from the date of this order to file a corrected response to defendants' motion for summary judgment. Plaintiff may also file a corrected motion for summary judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to strike plaintiff's response (ECF No. 91) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants' motion to strike plaintiff's motion for summary judgment (ECF No. 94) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to extend time (ECF No. 100) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendants' motion to extend time (ECF No. 101) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (ECF No. 92) be, and the same here is, DENIED without prejudice.

DATED October 11, 2018.

_____
UNITED STATES DISTRICT JUDGE